BTXN 127 (rev. 2/10)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: § 
    Donald Graydon Edwards § Case No.: 96-10713-rlj13
§
§
§
    Debtor(s) §
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a __X__ creditor _____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | SunTrust Banks, Inc. for Crestar Bank |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative *(If Claimant is an individual, skip To Question No. 3)* | Ronald K. Rueve, Vice President, Corporate Tax |
| 3. | Current Mailing Address | PO Box 4418, Center 633  Atlanta, GA 30302 |
| 4. | Telephone Number | (404) 827-6353 |
| 5. | SS# *(last 4 digits only)* or EIN # | 58-1575035 |
| 6. | Amount Being Claimed | $1,086.91 |

I, __Ronald K. Rueve__, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

DATE: __10/5/2010__      Claimant's Signature _____, VP
                                                             Ronald K. Rueve, Vice President
                                                             Corporate Tax
                                                             SunTrust Banks, Inc.
                                                            PO Box 4418
                                                            Center 633
                                                            Atlanta, GA 30302

SUBSCRIBED AND SWORN before me this __5th__ day of __October__, 201__0__.

                                                Elaine Hedden

AFFIX SEAL HERE             NOTARY PUBLIC
                               in and for the State of __Georgia__

                               My commission expires:_____

ELAINE HEDDEN
Notary Public
Fulton County
State of Georgia
My Commission Expires Oct 4, 2013

DATE: <u>Wednesday, October 20, 2010</u>   Applicant's Signature <u>*/S/ Kim Sawyer*</u>
                                                                                     Kim Sawyer, General Counsel,
                                                                                     The Locator Services Group Ltd.,
                                                                                     Attorney in fact for SunTrust Banks, Inc.
                                                                                     for Crestar Bank
                                                                                     280 Summer St., Suite 701
                                                                                     Boston, MA 02210

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned herby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: <u>Wednesday, October 20, 2010</u>

<u>/S/ Kim Sawyer</u>
Kim Sawyer, General Counsel,
The Locator Services Group Ltd.,
Attorney in fact for SunTrust Banks, Inc.
for Crestar Bank
280 Summer St., Suite 701
Boston, MA 02210