LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

SunTrust Banks, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Crestar Bank in the amount of $1,086.91 and held by the Bankruptcy Court for the Northern District of Texas, in the matter of Donald Graydon Edwards, with case number 96-10713-rlj13.

SunTrust Banks, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Crestar Bank. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of SunTrust Banks, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Crestar Bank or SunTrust Banks, Inc.

Signed this 5th day of OCTOBER, 2010.

SunTrust Banks, Inc.

By: _____
Ronald K. Rueve
Vice President, Corporate Tax

Tax ID No. 58-0466330
(Required for identification purposes)

State of Georgia

County of Fulton

Before me ___Ronald K. Rueve___ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____

My Commission Expires:

ELAINE HEDDEN
Notary Public
Fulton County
State of Georgia
My Commission Expires Oct 4, 2013

NOTARY SEAL



# SUNTRUST

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Robert L. Clarke, Group Vice President of SunTrust Banks, Inc. certify that Ronald K. Rueve is the Vice President of Corporate Tax, for SunTrust Banks, Inc. and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owned by SunTrust Banks, Inc., its subsidiaries, affiliates, acquisitions and predecessor companies. Such properties may be held in SunTrust Banks, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions and predecessor companies; or in SunTrust Banks, Inc. or its subsidiaries, affiliates, acquisitions and predecessor companies' FKA's or AKA's names.

SunTrust Bank Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, FKAs, and AKAs, include but are not limited to, those listed on Exhibit A, attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this _16th_ day of _FEB_, 2010.

_____  _____  Affix
Robert L. Clarke         Ronald K. Rueve          Corporate
Group Vice President     Vice President           Seal
SunTrust Banks, Inc.     SunTrust Banks, Inc.
PO Box 4418              PO Box 4418
Center 633               Center 633
Atlanta, GA 30302        Atlanta, GA 30302

---

STATE OF GEORGIA
COUNTY OF FULTON

On this _16th_ day of _February_, 2010 before me Robert L. Clarke and Ronald K. Rueve, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in her authorized capacity, and that by his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_Elaine Hedden_
Signature



Affiant: Known _✓_ or Produced ID ___

Type of ID_____

My commission expires: _____

ELAINE HEDDEN
Notary Public
Fulton County
State of Georgia
My Commission Expires Oct 4, 2013

**Ronald K. Rueve**
First Vice President
Corporate Tax

**SUNTRUST**  SunTrust Banks, Inc.
Mail Code 0633
Post Office Box 4418
Atlanta, Georgia 30302
Tel 404.827.6353
Fax 404.827.6520
ron.rueve@suntrust.com

**Robert L. Clarke, Jr.**
Vice President
Corporate Tax

**SUNTRUST**  SunTrust Bank
Mail Code GA-Atlanta-633
Post Office Box 4418
Atlanta, GA 30302
Tel 404.588.7759
Fax 404.827.6520
robert.clarke@suntrust.com



## Secretary of State
### Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

DOCKET NUMBER : 000030627
CONTROL NUMBER: J715952
EFFECTIVE DATE: 01/01/2000
REFERENCE     : 0077
PRINT DATE    : 01/03/000
FORM NUMBER   : 401

MARGARET U. HODGSON
SUNTRUST BANKS, INC.
P.O. BOX 4418, MAIL CODE 643-SP
ATLANTA, GEORGIA 30302-4418

## CERTIFICATE OF MERGER

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby issue this certificate pursuant to Georgia Law certifying the filing of articles or a certificate of merger, fees and required statutory approval regarding the merger of the below entities, effective as of the date shown above.

Surviving or Acquiring Entity:
**SUNTRUST BANK**
Atlanta, Fulton County, Georgia

Nonsurviving Entity/Entities:
**CRESTAR BANK**
A Richmond, Virginia Bank

*Cathy Cox*



**Institution History for** TENTH & MAIN BRANCH (47920)

8 institution history record(s) found.   < Previous  Page 1 ▼   Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | STATE PLANTERS BANK OF COMMERCE AND TRUSTS located at RICHMOND, VA was established as a State Member Bank. |
| 1969-02-15 | STATE PLANTERS BANK OF COMMERCE AND TRUSTS was **renamed** to UNITED VIRGINIA BANK/STATE PLANTERS. |
| 1971-12-15 | UNITED VIRGINIA BANK/STATE PLANTERS was **renamed** to UNITED VIRGINIA BANK. |
| 1987-09-01 | UNITED VIRGINIA BANK was **renamed** to CRESTAR BANK and **moved** to 919 EAST MAIN STREET RICHMOND, VA. |
| 1996-11-15 | CRESTAR BANK **moved** to 8245 BOONE BOULEVARD VIENNA, VA. |
| 1997-01-30 | CRESTAR BANK **moved** to 919 EAST MAIN STREET RICHMOND, VA. |
| ✓ 2000-01-01 | CRESTAR BANK was **acquired** by SUNTRUST BANK. ✓ |
| 2000-01-01 | CRESTAR BANK was **renamed** to TENTH & MAIN BR and **became** a branch of SUNTRUST BANK. |



| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |

Please complete the following search criteria to continue your search process for the organization hierarchy of SUNTRUST BANK (675332).

**Starting From:** ○ SUNTRUST BANK    ● Parent(s) of SUNTRUST BANK
SUNTRUST BANKS, INC.

**Institution Type:** ● Standard Organization Hierarchy    ○ Organization Hierarchy Identifying HMDA Respondents

Institution Types Included:
- All
- Commercial Bank
- Cooperative Bank
- Credit Union

As of year end
- 2008
- 2009

Organization as of date (mm/dd/yyyy) format:
10/20/2010

**Report Format:** ● HTML    ○ PDF

The report will default to PDF format if over 200 institutions satisfy the search criteria.

Submit

NIC Home | FAQ | Help | Contact Us

# EXHIBIT A

## SUNTRUST BANKS, INC. AND SUBSIDIARIES
PO BOX 4418, CENTER 633, ATLANTA, GA 30302
(ALL 100% OWNED)

|    | Owner Name | FEIN |
|----|---|---|
| 1  | AMA Holdings, Inc. | 65-0078558 |
| 2  | AMA Lighthouse, Inc. | 11-3655998 |
| 3  | American Bank of Chattanooga Financial Corp, Atlanta, GA | |
| 4  | American Building and Loan | |
| 5  | American Federal Bank, FSB, Greenville/ Saluda/ Batesville/ Ninety Six/ McCormick, SC | |
| 6  | American Federal Savings and Loan Association, Helena, AR | |
| 7  | American Federal Savings and Loan Association, Washington, DC | |
| 8  | American National Savings Bank, Federal Savings Bank, Baltimore, MD | |
| 9  | American Safety Mortgage Company, LLC | 54-2033797 |
| 10 | American Savings and Loan Association, F.A., Springdale, AR | |
| 11 | American Service Corporation | |
| 12 | American Title & Escrow Company | |
| 13 | Ancorp Bancshares Inc. | |
| 14 | Ancorp Insurance Company | |
| 15 | Andrew Jackson Savings Bank, Tallahassee, FL | 59-1693938 |
| 16 | Annapolis Federal Savings Bank, Annapolis, MD | |
| 17 | Arkansas Valley Savings and Loan Association, Russellville, AR | |
| 18 | Arlington-Fairfax Savings and Loan Association, Arlington, VA | |
| 19 | Asset Management Advisors, Atlanta, GA, LLC | 80-0004901 |
| 20 | Asset Management Advisors of Greater Washington, DC, LLC | 02-0655457 |
| 21 | Asset Management Advisors, LLC | 65-0915666 |
| 22 | Atlanta B&TC, Atlanta, GA | |
| 23 | Atlanta Community Enterprise & Investment Corporation | 58-2401024 |
| 24 | Augusta County Bank, Churchville, VA | |
| 25 | Baker Street Funding LLC | |
| 26 | Bancmortgage Financial Corporation | |
| 27 | Bancmortgage Reinsurance Ltd | |
| 28 | Bancshares of West Memphis, Inc. | |
| 29 | Bank of Brandywine, The, Brandywine, MD | |
| 30 | Bank of Commerce, Washington, DC | |
| 31 | Bank of Damascus, Damascus, MD | |
| 32 | Bank of Loudon County, Lenoir City, TN | |
| 33 | Bank of Madisonville, Madisonville, TN | |
| 34 | Bank of Pittsboro, Pittsboro, NC | |
| 35 | Bank of Stokesdale, Stokesdale, NC | |
| 36 | Bank of West Memphis | |
| 37 | Bank of West Memphis, West Memphis, AR | |
| 38 | Bank of Woodstock, Woodstock, GA | |
| 39 | Bank of Worth County, Sylvester, GA | |
| 40 | Bank of Yadkin, Yadkinville, NC | |
| 41 | Bankers Trust Company, Rocky Mount, VA | |
| 42 | Bankersmart, Inc. | |
| 43 | Batesville Federal Savings and Loan Association, Batesville, AR | |
| 44 | Baxley St Bank, Baxley, GA | |
| 45 | Beach Guaranty Bank, Jacksonville Beach, FL | 59-1611126 |
| 46 | Bell Federal Savings and Loan Association, Inman, SC | |
| 47 | Bethesda Bancorporation | |
| 48 | Blytheville Federal Savings and Loan Association, Blytheville, AR | |
| 49 | Boatman's Bank, Lawrence County, TN | |
| 50 | Bosshardt Financial Services, LLC | 54-2061652 |
| 51 | Brehm Federal Savings Bank, Baltimore, MD | |
| 52 | Brooks, Montague & Associates | |
| 53 | Broward National Bank of Plantation, Broward County, FL | |
| 54 | Burlington National Bank, Burlington, NC | |
| 55 | Capital Savings and Loan Association, Little Rock, AR | |
| 56 | Capital Savings and Loan Association, Richmond, VA | |
| 57 | Carolina Bank & Trust Company, Denton, NC | |
| 58 | Carswell of Carolina | 57-0808556 |
| 59 | CB Finance, Inc., Richmond, VA | 54-1843386 |
| 60 | CBC Bancshares Inc. | |
| 61 | CBP Finance, LLC | 36-4145006 |
| 62 | CBRE II, Richmond, VA | 66-0518645 |
| 63 | CCB Corporation | |

| # | Name | ID |
|---|---|---|
| 64 | CCB Financial Corporation | |
| 65 | CCB Foundation, Inc. | |
| 66 | CCB Investment and Insurance Corporation | |
| 67 | CCB Savings Bank of Lenoir Inc., SSB, Lenoir, NC | |
| 68 | CCBDE Inc. | |
| 69 | CDC Manager Inc. | |
| 70 | Central Bank & Trust Company, NA | |
| 71 | Central Carolina Bank and Trust Co., Durham, NC | 56-1373093 |
| 72 | Central National Bank of Maryland, Hillandale, MD | |
| 73 | Central S&LA, Stuart, FL | 59-2107684 |
| 74 | Century Bank of Gulf Breeze, Gulf Breeze, FL | 59-0877407 |
| 75 | Century Banks, Inc. (f/k/a Broward Bancshares) | 59-1271876 |
| 76 | Century FS&LA of Ormond Be, Ormond Beach, FL | |
| 77 | Century National Bank of Broward, Fort Lauderdale, FL | |
| 78 | Century National Bank of Coral Ridge, Fort Lauderdale, FL | |
| 79 | Century National Bank of Fort Lauderdale, Fort Lauderdale, FL | |
| 80 | Century National Bank of Lee County, Lehigh Acres, FL | |
| 81 | Century National Bank of Palatka, Palatka, FL | |
| 82 | Century National Bank of Palm Beach Count, West Palm Beach, FL | |
| 83 | Century National Bank of Santa Rosa, Milton, FL | |
| 84 | Century National Bank, Boynton Beach, Boynton Beach, FL | |
| 85 | Century National Bank, Chevy Chase, MD | |
| 86 | CF Finance, LLC, Richmond, VA | 36-4145001 |
| 87 | CFS Financial Corporation, Fairfax, VA | |
| 88 | CFS Ventures, Inc., Sarasota, FL | 59-2151370 |
| 89 | Charlottesville Savings and Loan Association, Charlottesville, VA | |
| 90 | Charlottesville Savings Bank | |
| 91 | Charter Bankshares Corporation | |
| 92 | Cherokee Insurance Company, Burlington, VT | 58-2343351 |
| 93 | Chesapeake Mortgage, LLC | 54-2014111 |
| 94 | Chesapeake Settlement and Escrow LLC | |
| 95 | Chevy Chase Bank and Trust Company, Chevy Chase, MD | |
| 96 | Citizens Bancorp of Laurel, MD | |
| 97 | Citizens Bancorporation Inc. (Florida Only) | 59-2132467 |
| 98 | Citizens Bank of Georgia, Stone Mountain, GA | |
| 99 | Citizens Bank of Marianna, Marianna, FL | |
| 100 | Citizens Bank of Maryland, Laurel, MD | |
| 101 | Citizens Bank of Virginia, Vienna, VA | |
| 102 | Citizens Bank of Washington, N. A., Washington, DC | |
| 103 | Citizens Bank, Collierville, TN | |
| 104 | Citizens Bank, Marion, AR | |
| 105 | Citizens Bank, Savannah, TN | |
| 106 | Citizens Bank, Collierville, TN | |
| 107 | Citizens Community Development Company | 52-0960348 |
| 108 | Citizens Mortgage of Collierville, TN Inc. | |
| 109 | Citizens National Bank of Durham, Durham, NC | |
| 110 | Citizens National Bank of Hampton, Hampton, VA | |
| 111 | Citizens National Bank, New Market, VA | |
| 112 | Citizens Savings, Inc., SSB, Concord, NC | |
| 113 | Citizens Savings, Inc., SSB, Lenoir, NC | |
| 114 | Citizens Savings, SSB | |
| 115 | City & County Bank Campbell County, Jellico, TN | |
| 116 | City and County Bank of Anderson County, Lake City, TN | |
| 117 | City and County Bank of Powell, Knoxville, TN | |
| 118 | City National Bank of Washington, Washington, DC | |
| 119 | CLC Orlando, Inc. | 54-1989778 |
| 120 | CM Finance, LLC | 36-4144997 |
| 121 | CMC OREO, Inc., Richmond, VA | 54-1668988 |
| 122 | Coast Bnk, FSB, Sarasota, FL | |
| 123 | Colonial American Bank-Lynchburg, Lynchburg, VA | |
| 124 | Colonial American Bankshares Corporation | |
| 125 | Colonial American National Bank, Roanoke County, VA | |
| 126 | Commerce Acquisition Corp. | |
| 127 | Commerce Capital Management, Inc. | |
| 128 | Commerce Corporate Advisors, Inc. | |
| 129 | Commerce Finance Company | |
| 130 | Commerce General Corporation | |
| 131 | Commerce Real Estate Holding Company | |
| 132 | Commercial Associates | |
| 133 | Commercial Bank In Panama City, Panama City, FL | |
| 134 | Community Trust Bank, Portsmouth, VA | |

| # | Name | ID |
|---|------|-----|
| 135 | Continental Federal Savings Bank, Fairfax, VA | |
| 136 | Coronado Beach Bank, New Smyrna Beach, FL | 59-1469560 |
| 137 | CPB Finance LLC | |
| 138 | Crestar Asset Management Company | 54-0924807 |
| 139 | Crestar Bank | 53-0116200 |
| 140 | Crestar Capital Trust I | 54-1829502 |
| 141 | Crestar Financial Corporation | 54-0722175 |
| 142 | Crestar Securities Corporation | 54-1348712 |
| 143 | Crestar Securitization, LLC | 54-1901323 |
| 144 | Crestar SP Corporation | 90-0024107 |
| 145 | Crestview, LLC | 54-1849273 |
| 146 | CRL, Inc. | |
| 147 | CSB Corporation | |
| 148 | Custom Builder Mortgage, LLC | 31-1801041 |
| 149 | DC Oreo Inc. | |
| 150 | DC Properties, Inc. | 54-1610209 |
| 151 | DC Properties II, Inc. | 54-1827569 |
| 152 | Deland State Bank and Trust, Deland, FL | 59-1010792 |
| 153 | Dixie Plumbing Company, Macon, GA | 58-0627944 |
| 154 | Durham Bank & Trust Company, Durham, NC | |
| 155 | East Arkansas Savings and Loan Association, West Memphis, AR | |
| 156 | Eastern Refg, Inc. | |
| 157 | Eastern Shore Citizens Bank, Onancock, VA | |
| 158 | Educational Financial Services Corporation | |
| 159 | Equipment Leasing Corporation | |
| 160 | Equitable Asset Management, Inc. | 62-1551591 |
| 161 | F.N.B.I.W. Financial Corp. | |
| 162 | Family Federal Savings and Loan Association, Cedar Falls, IA | |
| 163 | Family Federal Savings and Loan Association, Greer, SC | |
| 164 | Farmers Bank and Trust, Winchester, TN | |
| 165 | Farmers Bank of Holland, Holland, VA | |
| 166 | Farmers Bank of Nansemond, Suffolk, VA | |
| 167 | Farmers Bank of Pelham, Pelham, GA | |
| 168 | Farmers Bank, Locust Grove, GA | |
| 169 | Fidelity Federal Savings and Loan Association | |
| 170 | Fifth GWR REFG, Inc., Richmond, VA | 54-1649380 |
| 171 | Finance South, Inc. | |
| 172 | First & Merchants National Bank of Radford, Radford, VA | |
| 173 | First American National Bank of Hernando County, Hernando County, FL | |
| 174 | First at Orlando Corporation | 59-1157887 |
| 175 | First at Orlando Services, Inc. | 59-1406268 |
| 176 | First Bank & Trust, Mount Juliet, TN | |
| 177 | First Charlotte Interim Bank | |
| 178 | First Citizens Bancshares Company of Marion, AR | |
| 179 | First Commerce Bank of Hawkins County, Rogersville, TN | |
| 180 | First Community Bancorp, Inc. of Cartersville, GA | |
| 181 | First Community Bank and Trust, Cartersville, GA | |
| 182 | First Community Federal Savings and Loan Association, Arkadelphia, AR | |
| 183 | First Family Federal Savings and Loan Association, Heber Springs, AR | |
| 184 | First Federal Savings and Loan Association of Hope, Hope, AR | |
| 185 | First Federal Savings and Loan Association, Beloit, KS | |
| 186 | First Federal Savings and Loan Association, Charlotte, NC | |
| 187 | First Federal Savings and Loan Association, Helena, AR | |
| 188 | First Federal Savings and Loan Association, Magnolia, AR | |
| 189 | First Federal Savings and Loan Association, Russellville, AR | |
| 190 | First Federal Savings and Loan Association, Stuttgart, AR | |
| 191 | First Federal Savings Bank of Iowa, Waterloo, IA | |
| 192 | First Federated Savings Bank, Okeechobee, FL | |
| 193 | First Financial Corporation of Mount Juliet, TN | |
| 194 | First Florida Bancorporation | 59-0943420 |
| 195 | First Hanover Bank, Wilmington, NC | |
| 196 | First Home Federal Savings and Loan Association, Greensboro, NC | |
| 197 | First Market Advisors, Inc. | |
| 198 | First Market Insurance Agency, Inc. | |
| 199 | First Mercantile Capital Management Inc. | |
| 200 | First Mercantile Trust Company | |
| 201 | First Mortgage Service Corporation | |
| 202 | First National Bank In Waycross, Waycross, GA | |
| 203 | First National Bank of Hallandale, Hallandale, FL | |
| 204 | First National Bank of Madison, Madison, GA | |
| 205 | First National Bank of Martinsville and Henry County, Fieldale, VA | |

| # | Name | ID |
|---|---|---|
| 206 | First National Bank of Miramar, Miramar, FL | |
| 207 | First National Bank of Rutherford County, Smyrna, TN | |
| 208 | First National Bank of Thomasville, Thomasville, GA | |
| 209 | First National Bank of Thomson, Thomson, GA | |
| 210 | First National Bank of Venice, Venice, FL | |
| 211 | First National Bank of Wayne County, Jesup, GA | |
| 212 | First National Bank, Brooksville, FL | |
| 213 | First Savings and Loan Association, Clarksville, AR | |
| 214 | First Savings and Loan Association, Warren, AR | |
| 215 | First Savings of Arkansas, F.A., Little Rock, AR | |
| 216 | First Security Financial Corporation | |
| 217 | First Security Savings and Loan Association Hot Springs, Malvern, AR | |
| 218 | First Security Savings Association, Carthage, MO | |
| 219 | First St Bank of Sarasota County, Sarasota County, FL | |
| 220 | First State Savings and Loan | |
| 221 | First Thomson Bancorp Inc. | |
| 222 | First United Bancorp of Florence, AL | |
| 223 | First Vantage Bank-Tennessee, Knoxville, TN | |
| 224 | Firstsouth Federal Savings and Loan Association, Pine Bluff, AR | |
| 225 | Flagler National Bank, West Palm Beach, FL | |
| 226 | Flagship 1st National Bank of Coral Gables, Coral Gables, FL | |
| 227 | Flagship 1st National Bank of Titusville, Titusville, FL | |
| 228 | Flagship Bank North of St Petersburg, Saint Petersburg, FL | |
| 229 | Flagship Bank of Fort Myers, Fort Myers, FL | 59-0868351 |
| 230 | Flagship Bank of Jacksonville, Jacksonville, FL | 59-0728742 |
| 231 | Flagship Bank of Lutz, Lutz, FL | 59-0968190 |
| 232 | Flagship Bank of Mulberry, Mulberry, FL | 59-0968190 |
| 233 | Flagship Bank of Pinellas, N.A., Saint Petersburg, FL | |
| 234 | Flagship Bank of Seminole, Sanford, FL | 59-0248173 |
| 235 | Flagship Bank of Tampa - East, Tampa, FL | 59-0915519 |
| 236 | Flagship Bank of Town 'N Country, Tampa, FL | 59-1091160 |
| 237 | Flagship Bank of West Palm Beach, West Palm Beach, FL | 59-0775031 |
| 238 | Flagship Bank South, St. Petersburg, Saint Petersburg, FL | 59-1378051 |
| 239 | Flagship Banks, Inc. | 59-0943420 |
| 240 | Flagship National Bank of Broward County, Hollywood, FL | |
| 241 | Flagship National Bank of Indian River County, Vero Beach, FL | |
| 242 | Flagship National Bank of Miami, Miami, FL | |
| 243 | Flagship National Bank of Palm Beach County, Delray Beach, FL | |
| 244 | Flagship National Bank of Westland, Hialeah, FL | |
| 245 | Flagship St Bank of North Jasonville, Jacksonville, FL | |
| 246 | Flagship St Bank of South Jasonville, Jacksonville, FL | |
| 247 | Flagship State Bank of Arlington, Jacksonville, FL | |
| 248 | Flagship State Bank of Polk County, Fort Meade, FL | |
| 249 | Flagship U. S. Bank of Seminole, Sanford, FL | |
| 250 | Fleetone, LLC | 73-1521370 |
| 251 | Florida Aviation, Inc., Miami, FL | 65-0349043 |
| 252 | Florida Bankshares Inc. | 59-1466294 |
| 253 | FMT Capital Management Inc. | |
| 254 | FMT Holding Company | |
| 255 | FSB Development, Inc., Richmond, VA | 52-1770572 |
| 256 | Gadsden State Bank, Chattahoochee, FL | 59-0258220 |
| 257 | Genspring Holdings, Inc. | |
| 258 | Germantown Trust Savings Bank, Germantown, TN | 52-1259304 |
| 259 | Girard Trust Company of Florida, Palm Beach, FL | |
| 260 | Graham Savings Bank, Inc., SSB, Graham, NC | 14-1851862 |
| 261 | Green Oak Mortgage, LLC | |
| 262 | Greenville Participations, Inc., Columbus, GA | |
| 263 | Greenwood Building & Loan Association, Greenwood, DE | |
| 264 | Guaranty Federal Savings and Loan Association, Pine Bluff, AR | |
| 265 | Guardian Federal Savings and Loan Association, Washington, DC | |
| 266 | Heritage Federal Bank, Laurens, SC | |
| 267 | Heritage Federal Savings and Loan Association, Fayetteville, AR | |
| 268 | Heritage Federal Savings Bank, Richmond, VA | 59-2157775 |
| 269 | Hernando Banking Corporation | 59-2340863 |
| 270 | Hillsboro Sun Bank, Plant City, FL | |
| 271 | Hillsborough Savings Bank, Inc., SSB, Hillsborough, NC | |
| 272 | Hollywood National Bank, Hollywood, FL | |
| 273 | Home Federal Savings and Loan Association of Harlan, Harlan, IA | |
| 274 | Home Federal Savings of Kansas City, Kansas City, MO | |
| 275 | Home Savings and Loan Association, Easley, SC | |
| 276 | Home Savings Bank, Inc., SSB, Kings Mountain, NC | |

| # | Name | ID |
|---|---|---|
| 277 | Home Savings Bank, SSB | |
| 278 | Hot Springs Savings and Loan Association, Hot Springs, AR | 52-1490233 |
| 279 | Hunt Country, Inc., Richmond, VA | |
| 280 | Independent Bank, Manassas, VA | |
| 281 | Industrial Bank of Lexington, Lexington, NC | 61-1434329 |
| 282 | Indy Preferred Mortgage, LLC | |
| 283 | Interstate Federal Savings and Loan Association, Washington, DC | |
| 284 | Investment Bankers Trust Co | |
| 285 | Irwin FS&LA, Ocilla, GA | |
| 286 | J & s Leasing, Inc. | |
| 287 | James York Bank, Williamsburg, VA | 54-1349878 |
| 288 | Jefferson Funding Corporation, Richmond, VA | |
| 289 | Jefferson Savings and Loan Association, Federal Association, Warrenton, VA | 64-0220299 |
| 290 | Kasalta Miramar, Inc., Miami, FL | |
| 291 | Kenesaw Leasing, Inc. | |
| 292 | Kennedy Bank and Trust Company, Bethesda, MD | |
| 293 | Keowee Federal Savings and Loan Association, Seneca, SC | |
| 294 | Key Biscayne Bank and Trust Company, Key Biscayne, FL | 65-0064239 |
| 295 | Key Biscayne Bancorp, Inc. | |
| 296 | Lauderdale Lakes National Bank, Lauderdale Lakes, FL | |
| 297 | Lewes & Rehoboth Building & Loan, Lewes, DE | |
| 298 | Lighthouse Community Bank, Hilton Head Island, SC | 65-0915534 |
| 299 | Lighthouse Partners, LLC | |
| 300 | Linbar Acquisition Corp | 52-0915972 |
| 301 | Loyola Financial & Development Corp, Richmond, VA | 59-1489252 |
| 302 | Lynn Haven Commercial Bank, Lynn Haven, FL | 58-2258882 |
| 303 | Madison Insurance Company | |
| 304 | Marianna Federal Savings and Loan Association, Marianna, AR | |
| 305 | Mclachlen Bancshares Corporation | |
| 306 | MD Oreo, Inc. | 52-1716780 |
| 307 | MD Properties, Inc., Richmond, VA | |
| 308 | MDRP, Inc. | |
| 309 | Merchants & Mechanics Savings Bank, Norfolk, VA | |
| 310 | Merchants and Farmers Bank of Franklin, Franklin, VA | |
| 311 | Merchants Bank, Cleveland, TN | |
| 312 | Metropolis Federal Savings and Loan Association, Washington, DC | |
| 313 | Mid-South Bancorp of Murfreesboro, TN | |
| 314 | Mid-South Bank & Trust Company, Murfreesboro, TN | |
| 315 | Monroe County Bank, Sweetwater, TN | |
| 316 | Monroe Properties | |
| 317 | Montgomery Federal Savings and Loan Association, Troy, NC | |
| 318 | Mountain National Bank of Clifton Forge, Clifton Forge, VA | |
| 319 | Mutual Bank and Trust Company, Marshville, NC | |
| 320 | Mutual Savings Bank, SSB, Lenoir, SC | |
| 321 | Nashville B&TC M, Nashville, TN | |
| 322 | Nashville Bank of Commerce, Nashville, TN | |
| 323 | Nashville Federal Savings and Loan Association, Nashville, AR | |
| 324 | National Bank of Commerce Foundation, Inc. | |
| 325 | National Bank of Maryland, Silver Spring, MD | |
| 326 | National Bank of Northampton, Nassawadox, VA | |
| 327 | National Bank of Northern Virginia, Sterling, VA | |
| 328 | National Commerce Bancorporation | 62-1458112 |
| 329 | National Commerce Bank Services, Inc. | |
| 330 | National Commerce Community Bancorp II, Inc. | |
| 331 | National Commerce Community Bancorp Inc. | |
| 332 | National Commerce Financial Corporation | |
| 333 | National Commerce Real Estate Holding Company | |
| 334 | National Financial Alliance Services Corporation | |
| 335 | National Savings and Trust Bank, NA | |
| 336 | National Savings and Trust Company | |
| 337 | NBC Bank, FSB, Knoxville, TN | |
| 338 | NBC Bank, FSB, Memphis, TN | |
| 339 | NBC Bank, Germantown, SC | |
| 340 | NBC Capital Markets Group, Inc. | |
| 341 | NBC Financial Corporation | |
| 342 | NBC Foundation Inc. | |
| 343 | NBC Insurance Services | |
| 344 | NBC Investco Inc. | |
| 345 | NBC Knoxville Service Corporation | |
| 346 | NBC Management Company Inc. | |
| 347 | NBC Market South Inc. | 47-0877006 |

| # | Name | ID |
|---|---|---|
| 348 | New Horizon Mortgage, LLC | |
| 349 | Newberry Federal, Saluda/Batesburg, SC | |
| 350 | North Florida National Bank, Tallahassee, FL | |
| 351 | Northern Virginia Banking Corporation | |
| 352 | NS&T Bank NA | |
| 353 | NS&T Bankshares Inc. | |
| 354 | NVR Savings Bank, Federal Savings Bank, McLean, VA | 16-1615995 |
| 355 | Oak Crest Mortgage, LLC | |
| 356 | Oelwein Federal Savings and Loan Association, Oelwein, IA | |
| 357 | Omnibank, Inc., A State Savings Bank, SSB, Salisbury, NC | |
| 358 | Omnibank, State Savings Bank | 65-1041961 |
| 359 | Palladian Mortgage, LLC | 59-3653478 |
| 360 | Partnership Mortgage, LLC | |
| 361 | Patrick County Bank, Stuart, VA | |
| 362 | Peachtree B&TC | |
| 363 | Peachtree Bancshares Inc. | |
| 364 | Peachtree Bank and Trust Company | |
| 365 | Peoples Bancshares of Lebanon, TN | |
| 366 | Peoples Bank of Chesapeake, Chesapeake, VA | |
| 367 | Peoples Bank, Lebanon, TN | |
| 368 | Peoples Federal Savings and Loan Association, Waterloo, IA | |
| 369 | Peoples Savings and Loan Association, F.A., Little Rock, AR | |
| 370 | Peoples Security Bank of Maryland, Landover, MD | 59-1285198 |
| 371 | Peoples State Bank, New Port Richey, FL | |
| 372 | Perpetual American Federal Savings and Loan Association, Washington, DC | |
| 373 | Perpetual Bank, Anderson, SC | |
| 374 | Perpetual Savings and Loan Association, Waterloo, IA | |
| 375 | Perpetual Savings Bank, Federal Savings Bank, Alexandria, VA | |
| 376 | Personal Express Loans Inc. | |
| 377 | Pickensville Finance Company, Pickensville, SC | |
| 378 | Piedmont Bancorp Inc. | |
| 379 | Piedmont Federal Savings Association, Manassas, VA | |
| 380 | Ponte Vedra National Bank, Ponte Vedra, FL | 58-1733222 |
| 381 | Preferred Surety Corporation, Atlanta, GA | 58-1733221 |
| 382 | Preferred Surety Holdings, Inc., Atlanta, GA | 02-0594040 |
| 383 | Premium Assignment Corporation II, Tallahassee, FL | 59-0994720 |
| 384 | Premium Assignment Corporation, Tallahassee, FL | |
| 385 | Prime Performance Inc. | |
| 386 | Providence Savings and Loan Association, Federal Association, Vienna, VA | 56-1657510 |
| 387 | Regency Constructors, Inc., Raleigh, NC | 56-1921037 |
| 388 | Regency Development Associates, Inc., Raleigh, NC | |
| 389 | Republic Bank and Trust Company, Charlotte, NC | |
| 390 | Richmond Federal Savings and Loan Association, Richmond, VA | |
| 391 | Richmond Title Agency, LLC | |
| 392 | Riverside Federal Savings and Loan Association, Pine Bluff, AR | |
| 393 | Rockmart Bank, Rockmart, GA | |
| 394 | Salem Advisors, Inc. | |
| 395 | Salem Trust Bank, Winston-Salem, NC | |
| 396 | Salem Trust Company | |
| 397 | Savers Savings Association, A Federal Savings and Loan Association, Little Rock, AR | 59-1740127 |
| 398 | SBF Agency, Inc., Atlanta, GA | |
| 399 | SBNA Acquisitions Inc. | |
| 400 | Searcy Federal Savings and Loan Association, Searcy, AR | |
| 401 | Seasons Federal Savings Bank, Richmond, VA | |
| 402 | Second National Federal Savings Association, Salisbury, MD | |
| 403 | Secuirty Capital Bancorp | |
| 404 | Security Capital Bank, Salisbury, NC | |
| 405 | Security Central Carolina Bank and Trust Company | |
| 406 | Security Federal Savings Association, Richmond, VA | |
| 407 | Security Savings and Loan Association, Camden, AR | |
| 408 | Seix Structured Products LLC | |
| 409 | Senior Housing Crime Prevention Foundation Investment Corporation | 59-3007651 |
| 410 | Service of Volusia, Daytona Beach, FL | |
| 411 | Shirlington Trust Company, Arlington, VA | |
| 412 | Slovan Building and Trust Association, Baltimore, MD | |
| 413 | Smith County Bank, Carthage, TN | |
| 414 | South Arkansas Savings and Loan Association, Pine Bluff, AR | |
| 415 | Southbanc Shares, Inc. | |
| 416 | Southbank, Anderson/Seneca/Belton/Laurens/Simpsonville/Ware Shoals | |
| 417 | Southeastern Mortgage of Tennessee, Inc., Nashville, TN | |
| 418 | Southern Bancshares, Inc. | 54-0945093 |

| # | Name | ID |
|---|---|---|
| 419 | Southern Service Corporation, Richmond, VA | |
| 420 | Southgate National Bank of Richmond County, Richmond County, GA | |
| 421 | Southland Associates Inc. | |
| 422 | Southwest Federal Savings and Loan Association, Prescott, AR | 59-1145077 |
| 423 | Springfield Commercial Bank, Springfield, FL | |
| 424 | Standard Savings and Loan Association, Winston-Salem, NC | |
| 425 | State Bank of Keysville, Keysville, VA | |
| 426 | State Savings Bank, Memphis, TN | 30-0037993 |
| 427 | STB Capital, LLC | 51-0394574 |
| 428 | STB FNC Corporation, Newark, DE, | 92-0187031 |
| 429 | STB Holdings (Commercial - FL) TRS, Inc. | |
| 430 | STB Holdings (Florida) Trs Inc. | 92-0187030 |
| 431 | STB Holdings (Georgia) TRS, Inc. | 51-0369948 |
| 432 | STB Management - Collateral (Central FL), Inc., Newark, DE | 51-0369949 |
| 433 | STB Management - Collateral (Miami) | 51-0369941 |
| 434 | STB Management (Central Florida), Inc. | 51-0369942 |
| 435 | STB Management (Chattanooga), Inc. | 51-0369943 |
| 436 | STB Management (Gulf Coast), Inc. | 51-0369944 |
| 437 | STB Management (Miami), Inc. | 51-0369945 |
| 438 | STB Management (Nashville), Inc. | 51-0369946 |
| 439 | STB Management (South Florida), Inc. | 51-0369947 |
| 440 | STB Management (Tampa Bay), Inc. | 51-0369940 |
| 441 | STB Management Corporation | 51-0381178 |
| 442 | STB Management Holdings (Atlanta), Inc. | 51-0381179 |
| 443 | STB Management Holdings (Central Florida), Inc. | 51-0381180 |
| 444 | STB Management Holdings (Gulf Coast), Inc. | 51-0381181 |
| 445 | STB Management Holdings (Miami), Inc. | 51-0394573 |
| 446 | STB Management Holdings (Nashville), Inc. | 51-0381182 |
| 447 | STB Management Holdings (South Florida), Inc. | 51-0381183 |
| 448 | STB Management Holdings (Tampa Bay), Inc. | 51-0394572 |
| 449 | STB Management Holdings II (Atlanta), Inc. | 51-0394571 |
| 450 | STB Management Holdings II (Central Florida), Inc. | 51-0394570 |
| 451 | STB Management Holdings II (Gulf Coast), Inc. | 51-0394569 |
| 452 | STB Management Holdings II (Miami), Inc. | 51-0394567 |
| 453 | STB Management Holdings II (South Florida), Inc. | 51-0394568 |
| 454 | STB Management Holdings II (Tampa Bay), Inc. | 52-2063757 |
| 455 | STB Real Estate (Atlanta), Inc. | 51-0379061 |
| 456 | STB Real Estate (Augusta), Inc. | 52-2063811 |
| 457 | STB Real Estate (Central Florida), Inc. | 51-0379701 |
| 458 | STB Real Estate (East Central Florida), Inc. | 51-0379700 |
| 459 | STB Real Estate (Florida), Inc. | 51-0379066 |
| 460 | STB Real Estate (Georgia), Inc. | 52-2063807 |
| 461 | STB Real Estate (Gulf Coast), Inc. | 51-0379083 |
| 462 | STB Real Estate (Miami), Inc. | 51-0379067 |
| 463 | STB Real Estate (Mid Florida), Inc. | 51-0379062 |
| 464 | STB Real Estate (Middle Georgia), Inc. | 52-2063805 |
| 465 | STB Real Estate (Nature Coast), Inc. | 51-0379698 |
| 466 | STB Real Estate (North Central Florida), Inc. | 51-0379068 |
| 467 | STB Real Estate (North Florida), Inc. | 52-2063800 |
| 468 | STB Real Estate (Northeast Georgia), Inc. | 51-0379063 |
| 469 | STB Real Estate (Northwest Georgia), Inc. | 51-0379064 |
| 470 | STB Real Estate (Savannah), Inc. | 52-2063796 |
| 471 | STB Real Estate (South Florida), Inc. | 52-2063792 |
| 472 | STB Real Estate (South Georgia), Inc. | 51-0379065 |
| 473 | STB Real Estate (Southeast Georgia), Inc. | 52-2063788 |
| 474 | STB Real Estate (Southwest Florida), Inc. | 51-0379699 |
| 475 | STB Real Estate (West Florida), Inc. | 52-2063758 |
| 476 | STB Real Estate Holdings (Atlanta), Inc. | 52-2063808 |
| 477 | STB Real Estate Holdings (Central Florida), Inc. | 51-0379756 |
| 478 | STB Real Estate Holdings (Florida), Inc. | 51-0379099 |
| 479 | STB Real Estate Holdings (Georgia), Inc. | 52-2063806 |
| 480 | STB Real Estate Holdings (Gulf Coast), Inc. | 52-2063803 |
| 481 | STB Real Estate Holdings (Nature Coast), Inc. | 52-2063798 |
| 482 | STB Real Estate Holdings (Northeast Georgia), Inc. | 52-2063794 |
| 483 | STB Real Estate Holdings (South Florida), Inc. | 52-2063790 |
| 484 | STB Real Estate Holdings (South Georgia), Inc. | 52-2063786 |
| 485 | STB Real Estate Holdings (Southwest Florida), Inc. | 51-0381065 |
| 486 | STB Real Estate Parent (Atlanta), Inc. | 51-0379077 |
| 487 | STB Real Estate Parent (Augusta), Inc. | 51-0381066 |
| 488 | STB Real Estate Parent (Central Florida), Inc. | 51-0379752 |
| 489 | STB Real Estate Parent (East Central Florida), Inc. | 51-0379084 |

| # | Name | ID |
|---|------|-----|
| 490 | STB Real Estate Parent (Georgia), Inc. | 51-0381175 |
| 491 | STB Real Estate Parent (Gulf Coast), Inc. | 92-0187029 |
| 492 | STB Real Estate Parent (MA), Inc. | 51-0379073 |
| 493 | STB Real Estate Parent (Miami), Inc. | 51-0379086 |
| 494 | STB Real Estate Parent (Mid Florida), Inc. | 51-0379079 |
| 495 | STB Real Estate Parent (Middle Georgia), Inc. | 51-0371177 |
| 496 | STB Real Estate Parent (Nature Coast), Inc. | 51-0379750 |
| 497 | STB Real Estate Parent (North Central Florida), Inc. | 51-0379087 |
| 498 | STB Real Estate Parent (North Florida), Inc. | 51-0381039 |
| 499 | STB Real Estate Parent (Northeast Georgia), Inc. | 51-0379080 |
| 500 | STB Real Estate Parent (Northwest Georgia), Inc. | 51-0379081 |
| 501 | STB Real Estate Parent (Savannah), Inc. | 51-0381062 |
| 502 | STB Real Estate Parent (South Florida), Inc. | 51-0381063 |
| 503 | STB Real Estate Parent (South Georgia), Inc. | 51-0379093 |
| 504 | STB Real Estate Parent (Southeast Georgia), Inc. | 51-0379071 |
| 505 | STB Real Estate Parent (Southwest Florida), Inc. | 51-0379088 |
| 506 | STB Real Estate Parent (Tallahassee), Inc. | 51-0379749 |
| 507 | STB Real Estate Parent (Tampa), Inc. | 51-0379748 |
| 508 | STB Real Estate Parent (West Florida), Inc. | 51-0370813 |
| 509 | STB Receivables (Central Florida), Inc. | 52-2063784 |
| 510 | STB Receivables (East Central Florida), Inc. | 52-2063785 |
| 511 | STB Receivables (Gulf Coast), Inc. | 51-0370838 |
| 512 | STB Receivables (Miami), Inc. | 52-2063783 |
| 513 | STB Receivables (Mid-Florida), Inc. | 52-2063782 |
| 514 | STB Receivables (Nature Coast), Inc. | 52-2063781 |
| 515 | STB Receivables (North Central Florida), Inc. | 52-2063780 |
| 516 | STB Receivables (North Florida), Inc. | 52-2063776 |
| 517 | STB Receivables (Northwest Florida), Inc. [fka STB Receivables (West Florida), Inc.] | 51-0370837 |
| 518 | STB Receivables (South Florida), Inc. | 52-2063779 |
| 519 | STB Receivables (Southwest Florida), Inc. | 52-2063778 |
| 520 | STB Receivables (Tallahassee), Inc. | 51-0370839 |
| 521 | STB Receivables (Tampa Bay), Inc. | 54-2111295 |
| 522 | STBCT Corporation | |
| 523 | STES - Fixed Inc.ome Capital Markets | |
| 524 | STI Capital Management, National Association, Orlando, FL | 88-0221325 |
| 525 | STI Credit Corporation | 51-0397299 |
| 526 | STI Investment Management (Collateral), Inc. | |
| 527 | STI Investment Management Inc. | 51-0397232 |
| 528 | STI Investment Management, Inc. | 58-2076679 |
| 529 | STI Trust and Investment Operations, Inc. | |
| 530 | Stokesdale Commercial Bank, Stokesdale, NC | |
| 531 | Stone Street Bank and Trust, Mocksville, NC | 92-0187032 |
| 532 | STREIC TRS, Inc. | 58-2392664 |
| 533 | STSC Leasing Corporation | |
| 534 | Suburban Bank, Henrico County, VA | |
| 535 | Sun Bank | |
| 536 | Sun Coast Bank of St. Petersburg, Saint Petersburg, FL | |
| 537 | Sun First National Bank of Brevard County, Melbourne, FL | |
| 538 | Sun First National Bank of De Funiak Springs, De Funiak Springs, FL | |
| 539 | Sun First National Bank of Dunedin, Dunedin, FL | |
| 540 | Sun First National Bank of Lake County, Leesburg, FL | |
| 541 | Sun First National Bank of Lake Wales, Lake Wales, FL | |
| 542 | Sun First National Bank of Melbourne, Melbourne, FL | |
| 543 | Sun First National Bank of Orlando, Orlando, FL | |
| 544 | Sun Second National Bank of Delray Beach, Delray Beach, FL | |
| 545 | SunBelt Commercial Capital | |
| 546 | Sunrise Federal Savings and Loan | |
| 547 | Sunrise Federal Savings and Loan Association, Fairfax, VA | 58-2330943 |
| 548 | SunTrust Annuities (Alabama), Inc. | 59-3350422 |
| 549 | SunTrust Annuities (Florida), Inc. | |
| 550 | SunTrust Asia, Limited | 58-0466330 |
| 551 | SunTrust Bank | 58-6033178 |
| 552 | SunTrust Bank Atlanta One Pledge Plan, Inc. | 63-0074817 |
| 553 | SunTrust Bank, Alabama, N.A. | 58-0364440 |
| 554 | SunTrust Bank, Augusta, N.A. | 59-1424500 |
| 555 | SunTrust Bank, Central Florida, N.A. | 62-0114890 |
| 556 | SunTrust Bank, Chattanooga, N.A. | 59-0548801 |
| 557 | SunTrust Bank, East Central Florida | 62-0123460 |
| 558 | SunTrust Bank, East Tennessee, N.A. | 59-2565490 |
| 559 | SunTrust Bank, Gulf Coast | 59-0358340 |
| 560 | SunTrust Bank, Miami, N.A. | 58-0333345 |

| | | |
|---|---|---|
| 561 | SunTrust Bank, Middle Georgia, N.A. | 59-0398875 |
| 562 | SunTrust Bank, Mid-Florida, N.A. | 62-0859925 |
| 563 | SunTrust Bank, Nashville, N.A. | 59-2765417 |
| 564 | SunTrust Bank, Nature Coast | 59-0202470 |
| 565 | SunTrust Bank, North Central Florida | 59-2232980 |
| 566 | SunTrust Bank, North Florida, N.A. | 58-0364060 |
| 567 | SunTrust Bank, Northeast Georgia, N.A. | 58-0243170 |
| 568 | SunTrust Bank, Northwest Georgia, N.A. | 58-0326295 |
| 569 | SunTrust Bank, Savannah, N.A. | 62-0201310 |
| 570 | SunTrust Bank, South Central Tennessee, N.A. | 59-0739787 |
| 571 | SunTrust Bank, South Florida, N.A. | 58-0832487 |
| 572 | SunTrust Bank, South Georgia, N.A. | 58-0364070 |
| 573 | SunTrust Bank, Southeast Georgia, N.A. | 59-2232983 |
| 574 | SunTrust Bank, Southwest Florida | 59-2359441 |
| 575 | SunTrust Bank, Tallahassee, N.A. | 59-2606930 |
| 576 | SunTrust Bank, Tampa Bay | 59-0202450 |
| 577 | SunTrust Bank, West Florida | 58-0247248 |
| 578 | SunTrust Bank, West Georgia, N.A. | 59-3177343 |
| 579 | SunTrust BankCard, N.A. | 59-1157887 |
| 580 | SunTrust Banks of Florida, Inc. | 58-1198830 |
| 581 | SunTrust Banks of Georgia, Inc. | 62-0858840 |
| 582 | SunTrust Banks of Tennessee, Inc. | |
| 583 | SunTrust Banks Trust Company (Cayman) LTD | 58-1575035 |
| 584 | SunTrust Banks, Inc., Atlanta, GA | 54-1610314 |
| 585 | SunTrust Benefits Management | 58-6365129 |
| 586 | SunTrust Capital I | 58-6367252 |
| 587 | SunTrust Capital II | 58-6368175 |
| 588 | SunTrust Capital III | 58-6451112 |
| 589 | SunTrust Capital IV | 59-2920504 |
| 590 | SunTrust Capital Management, N.A. | 58-2109565 |
| 591 | SunTrust Capital Markets, Inc. | 58-6453909 |
| 592 | SunTrust Capital V | 58-6453911 |
| 593 | SunTrust Capital VI | |
| 594 | SunTrust Capital VII | 54-1893907 |
| 595 | SunTrust Community Development Corporation | 58-2391673 |
| 596 | SunTrust Community Development Corporation, Atlanta, GA | 20-0170604 |
| 597 | SunTrust Community Development Enterprises, LLC | 51-0394753 |
| 598 | SunTrust Delaware Trust Company, Wilmington, DE | 54-1921229 |
| 599 | SunTrust Education Financial Service Corp, Richmond, VA | 62-0871146 |
| 600 | SunTrust Equitable Securities Corporation | 51-0395970 |
| 601 | SunTrust Equitable Securities Corporation of Delaware, Inc. | 42-1563209 |
| 602 | SunTrust Equity Funding, LLC | 86-0308412 |
| 603 | SunTrust Insurance Company | 59-3457991 |
| 604 | SunTrust Insurance Services (Florida), Inc. | 58-2329229 |
| 605 | SunTrust Insurance Services (Tennessee), Inc. | 54-0898064 |
| 606 | SunTrust Insurance Services (VA) (f/k/a Crestar Insurance Agency Inc.) | 58-2133594 |
| 607 | SunTrust Insurance Services, Inc. | 58-2326680 |
| 608 | SunTrust Insurance Services, Madison, GA | 58-2295235 |
| 609 | SunTrust International Banking Company | 54-0904325 |
| 610 | SunTrust Leasing Corporation (f/k/a Crestar Leasing Corporation) | 62-1047388 |
| 611 | SunTrust Leasing of Tennessee, Inc. | 54-2001614 |
| 612 | SunTrust Lender Management, LLC | 54-0259290 |
| 613 | SunTrust Mortgage Corporation (f/k/a Crestar Mortgage Corporation) | 58-0132920 |
| 614 | SunTrust Mortgage, Inc., Atlanta, GA | 58-2272189 |
| 615 | SunTrust of Chattanooga Mortgage Corporation | 58-2333796 |
| 616 | SunTrust OnLine, Inc. | 58-2180240 |
| 617 | SunTrust Personal Loans, Inc. | 58-2276852 |
| 618 | SunTrust Plaza Associates, LLC | 52-2059803 |
| 619 | SunTrust Procurement Services, LLC | 59-2928057 |
| 620 | SunTrust Properties, Inc. | 58-2465722 |
| 621 | SunTrust Real Estate Corporation | 51-0394575 |
| 622 | SunTrust Real Estate Holdings (Mid-Atlantic), Inc. | 54-1860641 |
| 623 | SunTrust Real Estate Investment Corporation | 58-1648698 |
| 624 | SunTrust Securities, Inc. | 59-1406268 |
| 625 | SunTrust Service Corporation | 54-1945881 |
| 626 | SunTrust Student Loan, LLC | 27-0003342 |
| 627 | SunTrust TRS, Inc. | 52-0797719 |
| 628 | SunTrust Vehicle Leasing (f/k/a Executive Auto Leasing, Inc.), Baltimore, MD | |
| 629 | SWG Financial Enterprises Inc. | |
| 630 | Tennessee Federal Savings Bank of Bartlett | |
| 631 | Tennessee Financial Corporation | 58-2344241 |

| # | Name | ID |
|---|---|---|
| 632 | Teton Trust Company | |
| 633 | Third Financial Services Inc.orporated, Nashville, TN | |
| 634 | Third Lease Corporation | |
| 635 | Third National Bank, Anderson County, Lake City, TN | |
| 636 | Third National Bank, Hamblen County, Morristown, TN | |
| 637 | Third National Bank, Memphis, Memphis, TN | |
| 638 | Third National Bank, Sevier County, Sevierville, TN | |
| 639 | Third National Corporation | |
| 640 | Third National Life Insurance Company | |
| 641 | Thirds Small Business Investment Co, Nashville, TN | |
| 642 | Three Pillars Credit Corporation | |
| 643 | Tidemark Bank, Newport News, VA | 65-0064239 |
| 644 | Towerbank Corporation | |
| 645 | Transom Development Inc. | |
| 646 | Transplatinum Service Corp | |
| 647 | Tri County Bank, Mechanicsville, VA | 56-1604573 |
| 648 | Trusco Capital Management, Inc. | |
| 649 | Trusco Data Systems of Florida Inc. | |
| 650 | Trusco Leasing Inc. | |
| 651 | Trust Banking Group, Orlando, FL | |
| 652 | Trust Company Bank | |
| 653 | Trust Company Mortgage | |
| 654 | Trust Company of Georgia | 62-0944037 |
| 655 | Trust Company of Tennessee, Inc. | |
| 656 | Trust Company of Troup County, La Grange, GA | 58-2510293 |
| 657 | TTC & Co, LLC | |
| 658 | Union Bank, Pulaski, TN | |
| 659 | Union Fidelity Savings and Loan Association, El Dorado, AR | |
| 660 | United Bancshares of Florida Inc. | |
| 661 | United Federal Savings and Loan Association, Fountain Inn, SC | |
| 662 | United Federal Savings Bank, Vienna, VA | 59-0943420 |
| 663 | United First Florida Banks Inc. | |
| 664 | United Investment Services | |
| 665 | United Peoples Federal Savings and Loan Association, Fort Smith, AR | |
| 666 | United Services Corporation of Anderson, Inc. | |
| 667 | United Southern Bank, Morristown, TN | |
| 668 | United Tennessee Bancshares Corporation | |
| 669 | United Virginia Bank | |
| 670 | United Virginia Bankshares Inc. | |
| 671 | United Virginia Brokerage Inc. | |
| 672 | United Virginia Insurance Agency | |
| 673 | United Virginia Investment Corporation | 54-0904325 |
| 674 | United Virginia Leasing Corporation | 54-0259290 |
| 675 | United Virginia Mortgage Corporation | |
| 676 | United Virginia Properties Inc. | 54-2021414 |
| 677 | Universal Capital Mortgage, LLC | |
| 678 | University National Bank of Chapel Hill | |
| 679 | USI Alliance Corp | 54-1597698 |
| 680 | VA Properties, Inc. | |
| 681 | Valutree Lender Management LLC | 54-1845688 |
| 682 | ValuTree Real Estate Services, LLC | 54-1632906 |
| 683 | Villages of KC Prop's, Inc., Richmond, VA | |
| 684 | Virginia Federal Savings Bank, Richmond, VA | |
| 685 | Waldorf Bank, Waldorf, MD | |
| 686 | Warren County Bank, Mcminnville, TN | |
| 687 | Washington-Lee Federal Savings and Loan Association of McLean, VA | |
| 688 | Western Permanent Federal Savings and Loan Association, Catonsville, MD | 54-2009941 |
| 689 | Windward Mortgage of Georgia, LLC | 54-2012882 |
| 690 | Windward Mortgage, LLC | |
| 691 | Winston-Salem Savings and Loan Association, Winston-Salem, NC | |

| CLAIMANT | CO_CLAIMANT | LSTADDR | LSTCITY | STATE | ZIP | DEBTOR | CASENO | FUNDS | RECEIPT_DT |
|---|---|---|---|---|---|---|---|---|---|
| CRESTAR BANK | | PO BOX 79055 | BALTIMORE | MD | 21279 | EDWARDS, DONALD | 196-10713 | 1,086.91 | 11-Jan-02 |